BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Zantac/Ranitidine NDMA Litigation | MDL-_____ |

**MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Panel's Rules of Procedure, the following Plaintiffs in the following actions respectfully request that that all currently filed cases identified in the Schedule of Actions ("Actions"), as well as any subsequently filed cases involving similar facts or claims ("tag-along actions") be transferred to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings:

- Christina Garza, Pankaj Khetarpal, Corina Lingerfelt, and Justin Rowe, named Plaintiffs in *Garza, et al. v. Sanofi-Aventis U.S. LLC, et al.*, No. 5:19-cv-05772 (N.D. Cal. filed Sept. 13, 2019);

- Michael Burke, Stephanie Frasier, and Richard Harris, name Plaintiffs in both *Dimesky, et al. v. Sanofi-Aventis U.S. LLC, et al.*, No. 3:19-cv-1517 (D. Conn. filed Sept. 26, 2019) and *Santorella, et al. v. Sanofi-Aventis U.S. LLC et al.*, No. 39-cv-18146 (D.N.J. filed Sept. 20, 2019);

- Jonathan Dimesky and Mohammed Haridi, named Plaintiffs in *Dimesky, et al. v. Sanofi-Aventis U.S. LLC, et al.*, No. 3:19-cv-1517 (D. Conn. filed Sept. 26, 2019);

- Mary Santorella, Kassie Benson, and Lisa Prisinzano, named Plaintiffs in *Santorella, et al. v. Sanofi-Aventis U.S. LLC, et al.*, No. 3:19-cv-18146 (D.N.J. filed Sept. 20, 2019);

- George Cravens, Donald Boland, Venus Sykes (individually and in her capacity as representative of the Estate of Chris Sykes), Jarquisha Harris, Ronald Maranto, Scott Moser, Kileen Gromelski, Michael DeLuccia, and Paul Burpulis, named Plaintiffs in both *Cravens, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, No. 3:19-cv-1683 (D. Conn. filed Oct. 25, 2019) and *Cravens, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, No. 3:19-cv-19368 (D.N.J. filed Oct. 25, 2019); and

- Fernando Zaragoza, individually and in his capacity as representative of the Estate of Leticia Zaragoza (Plaintiff in *Cravens, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, No. 3:19-cv-1683 (D. Conn. filed Oct. 25, 2019).

1. Currently, there are fifteen Actions pending in nine different judicial districts in the United States alleging similar wrongful conduct by eleven Defendants.

2. This Motion is filed by the named Plaintiffs in five of the fifteen Actions.

3. All of the Actions arise out of a common factual core—the defendant manufacturers, distributors, and retailers of the drug ranitidine (commonly referred to by its brand name, Zantac) deceptively marketed and sold a dangerous drug that exposes consumers to high levels of the known carcinogen N-Nitrosodimethylamine (NDMA).

4. A transfer and consolidation is warranted to avoid inconsistent pretrial rulings, duplicative discovery obligations, and inconsistent or overlapping class-certification rulings, and to promote the just and efficient conduct of this litigation.

5. The Actions include six putative class actions (two of which are already pending in the District of New Jersey) and nine individual actions (one of which is pending in the District of New Jersey).

   a. **Putative Class Actions**

   *Garza, et al. v. Sanofi-Aventis U.S. LLC, et al.*, No. 5:19-cv-05772 (N.D. Cal. filed Sept. 13, 2019)

   *Dimesky, et al. v. Sanofi-Aventis U.S. LLC, et al.*, No. 3:19-cv-1517 (D. Conn. filed Sept. 26, 2019)

   *Santorella, et al. v. Sanofi-Aventis U.S. LLC et al.*, No. 3:19-cv-18146 (D.N.J. filed Sept. 20, 2019)

   *Pinales v. Sanofi S.A., et al.*, No. 3:19-cv-19324-FLW-LHG (D.N.J. filed Oct. 24, 2019)

   *De Luca v. Sanofi-Aventis U.S. LLC, et al.*, No. 1:19-cv-6160 (E.D.N.Y. filed Oct. 31, 2019)

   *Rodriguez v. Sanofi U.S. LLC, et al.*, No. 1:19-cv-09527 (S.D.N.Y. filed Oct. 15, 2019)

    b. **Individual Actions**

        *Hansen v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, No. 2:19-cv-02069 (E.D. Cal. filed Oct. 15, 2019)

        *Balistreri v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, No. 4:19-cv-7226 (N.D. Cal. filed Nov. 1, 2019)

        *Blake v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, No. 1:19-cv-02991 (D. Colo. filed Oct. 21, 2019)

        *Cravens, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, No. 3:19-cv-1683 (D. Conn. filed Oct. 25, 2019)

        *Lopez Flores v. Sanofi US Services Inc. et al.*, No. 0:19-cv-62313 (S.D. Fla. filed Sept. 17, 2019).

        *Kerzer v. Sanofi-Aventis U.S. LLC, et al.*, No. 1:19-cv-24092 (S.D. Fla. filed Oct. 3, 2019)

        *Galimidi v. Sanovi US Services Inc., et al.*, No. 1:19-cv-24395 (S.D. Fla. removed to federal court Oct. 23, 2019)

        *Sobieszczyk v. Boehringer Ingelheim Pharmaceuticals Inc., et al.*, No. 3:19-cv-1200 (S.D. Ill. filed Oct. 31, 2019)

        *Cravens, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, No. 3:19-cv-19368 (D.N.J. filed Oct. 25, 2019)

6.    Plaintiffs are not aware of any other related actions pending in any federal court.

7.    Plaintiffs propose that all fifteen Actions—and any subsequently filed tag-along actions—be transferred to the United States District Court for the District of New Jersey for coordinated and consolidated pretrial proceedings.

8.    Centralization of these Actions in a single judicial district for consolidated pretrial proceedings will promote the just and efficient conduct of these Actions, will be most convenient for the parties and witnesses, and will promote the interests of justice.

9.    Each Action arises from the same or substantially similar facts involving the manufacture, distribution, marketing, and sale of Zantac.

10. Transfer of the Actions to a single court for consolidated pretrial proceedings also will conserve judicial resources, reduce litigation costs, prevent potentially inconsistent pretrial rulings, and permit the cases to proceed to trial more efficiently.

11. Because discovery in each of the Actions will involve many of the same witnesses and documents, transfer and consolidation also would avoid duplicative discovery to the benefit of Plaintiffs and Defendants.

12. Transfer of the Action to the District of New Jersey is most appropriate because more Actions (three) are pending in the District of New Jersey than in any other district, and more defendants (two of the eleven) are based in the District of New Jersey than in any other district.

13. This Motion is supported by the accompanying Brief, as well as any other materials or oral argument that may be presented to the Panel before or at the time of any hearing on this matter.

WHEREFORE, Plaintiffs respectfully request that the Actions, and all subsequently filed related actions, be transferred to the District of New Jersey for consolidation and coordinated proceedings.

Dated: November 4, 2019

Respectfully submitted,

By: */s/ Steve W. Berman*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Jason A. Zweig
Zoran Tasić
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949

jasonz@hbsslaw.com
zorant@hbsslaw.com

*Attorneys for Plaintiffs Christina Garza,*
*Pankaj Khetarpal, Corina Lingerfelt, Justin Rowe,*
*Michael Burke, Stephanie Frasier, Richard Harris,*
*Jonathan Dimesky, Mohammed Haridi,*
*Mary Santorella, Kassie Benson, Lisa Prisinzano,*
*George Cravens, Donald Boland, Venus Sykes,*
*Jarquisha Harris, Ronald Maranto, Scott Moser,*
*Kileen Gromelski, Michael DeLuccia,*
*Paul Burpulis, and Fernando Zaragoza*

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

*Attorney for Plaintiffs Christina Garza,*
*Pankaj Khetarpal, Corina Lingerfelt, and*
*Justin Rowe*

James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY
& AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com

*Attorney for Plaintiffs Mary Santorella,*
*Michael Burke, Stephanie Frazier, Richard Harris,*
*Kassie Benson, Lisa Prisinzano, George Cravens,*
*Donald Boland, Venus Sykes, Jarquisha Harris,*
*Ronald Maranto, Scott Moser, Kileen Gromelski,*
*Michael DeLuccia, and Paul Burpulis*

Robert C. Hilliard
HILLIARD MARTINEZ GONZALEZ L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
bobh@hmglawfirm.com

- 6 -

*Attorney for Plaintiffs George Cravens, Donald Boland, Venus Sykes, Jarquisha Harris, Ronald Maranto, Scott Moser, Kileen Gromelski, Michael DeLuccia, Fernando Zaragoza, and Paul Burpulis*

Craig A. Raabe
IZARD, KINDALL & RAABE LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
craabe@ikrlaw.com

*Attorney for Plaintiffs Jonathan Dimesky, Mohammed Haridi, Michael Burke, Stephanie Frasier, Richard Harris, George Cravens, Donald Boland, Venus Sykes, Jarquisha Harris, Ronald Maranto, Scott Moser, Kileen Gromelski, Michael DeLuccia, Fernando Zaragoza, and Paul Burpulis*