BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Zantac (Ranitidine) Products Liability Litigation          MDL No. 2924

### INTERESTED PARTY RESPONSE IN SUPPORT OF MOTION TO TRANSFER ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PROCEEDINGS

Carmen Colon, plaintiff in *Colon v. Sanofi-Aventis U.S. LLC, et al.*, No. 3:19-cv-20023, pending in the in United States District Court for the District of New Jersey ("*Colon*"), respectfully submits this Interested Party Response in Support of Motion to Transfer pursuant to Rule 6.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiff supports the Request for Transfer of Actions to the District of New Jersey Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings in *In Re: Zantac (Ranitidine) Products Liability Litig.*, MDL No. 2924 (ECF Nos. 1- 2)[1] ("Motion for Transfer").

Plaintiff Colon agrees that there are compelling reasons to coordinate or consolidate the numerous actions alleging that Zantac, the brand name version of the generic ranitidine, and generic ranitidine, exposes Zantac users to the known probable human carcinogen Nnitrosodimethylamine ("NDMA") and that the District of New Jersey is the most appropriate and logical transferee forum for all the reasons set forth in the Motion to Transfer.

Consolidation or coordination of the numerous Zantac/NDMA cases is the logical course action given the large number of filed cases and the likelihood that there will be many additional Zantac/NDMA cases filed in the near future. Indeed, as of the date of this response in support, there are dozens of JPML associated cases listed on the docket. The factors governing the selection

---

[1] ECF No. 2 is the "Amended Brief in Support of Plaintiffs' Motion For Transfer of Actions to the District of New Jersey Pursuant to 28 U.S.C. 28 § 1407 for Coordinated or Consolidated Proceedings."

of the transferee court all point to the District of New Jersey as the most appropriate court to conduct this MDL. Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc., the current holder of the rights to Zantac in the United States, are both headquartered in New Jersey. The vast majority of the responsive documents and witnesses are likely to be located there. In addition, New Jersey is well-situated geographically because the defendants in the JPML associated actions are located in New Jersey, Pennsylvania, Connecticut, and New York.

For these reasons, and as set forth in the Motion to Transfer, the Panel should transfer this matter and all other related matters to the District of New Jersey.

Date: January 10, 2020

Respectfully submitted,

/s/Shanon J. Carson
Shanon J. Carson
Jacob M. Polakoff
Amanda R. Trask
Jeff Osterwise
scarson@bm.net
jpolakoff@bm.net
atrask@bm.net
josterwise@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
T. 215.875.3000
F. 215.875.4604

E. Michelle Drake
John G. Albanese
emdrake@bm.net
jalbanese@bm.net
**BERGER MONTAGUE PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
T. 612.594.5933
F. 612.584.4470

Joseph G. Sauder
Matthew D. Schelkopf
Lori G. Kier

2

jgs@sstriallawyers.com
mds@sstriallawyers.com
lgk@sstriallawyers.com
**SAUDER SCHELKOPF LLC**
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580
Facsimile: (610) 421-1326

Mitchell Mark Breit
Email: mbreit@simmonsfirm.com
**SIMMONS HANLY CONROY, LLC**
112 Madison Avenue
7TH FLOOR
NEW YORK, NY 10016
Telephone: (212) 784-6400
Facismile: (212) 213-5949

*Counsel for Plaintiff Colon,*
*No. 3:19-cv-20023 (D.N.J.).)*

## **PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I electronically filed a copy of the foregoing Interested Party Response In Support Of Motion To Transfer Actions Pursuant To 28 U.S.C. § 1407 For Coordinated Or Consolidated Proceedings with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system and was electronically served on registered users through the CM/ECF system, or otherwise served as indicated below, on January 10, 2020:

**VIA U.S. MAIL:**

Sanofi-Aventis U.S. LLC
55 Corporate Dr
Bridgewater Township, NJ 08807

Sanofi US Services Inc.
55 Corporate Dr
Bridgewater Township, NJ 08807

Chattem, Inc.
55 Corporate Dr
Bridgewater Township, NJ 08807

Boehringer Ingelheim Pharmaceuticals, Inc.
900 Ridgebury Road
Ridgefield, CT  06877

                                                s/Shanon J. Carson
                                                SHANON J. CARSON