## BEFORE THE UNITED STATES JUDICIAL
## PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ZANTAC (RANTIDINE) PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2924 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I have caused copies of the foregoing to be electronically filed with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system and to be served on the parties listed below via CM/ECF, email or U.S. Postal Service on January 22, 2020.

## EXCEPT AS NOTED, SERVED VIA CM/ECF

**Walter H. Hansen v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. No. 2:19-cv-02069 (E.D. Cal.)**

**Plaintiff**
Robert Brent Wisner
Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd. 17th Floor
Los Angeles, CA 90024
rbwisner@baumhedlundlaw.com

**Christine Garza, et al. v. Sanofi-Aventis U.S. LLC, et al., No. 5:19-cv-05772 (N.D. Cal.)**

**Plaintiffs**
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

**Joseph John Balistreri v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 4:19-cv-07226 (N.D. Cal.)**

Plaintiffs
Robert Brent Wisner
Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd.
17th Floor
Los Angeles, CA 90024
rbwisner@baumhedlundlaw.com

**Mark Allan Blake v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 1:19-cv-2991 (D. Colo.)**

Plaintiff
Robert Brent Wisner
Baum Hedlund Aristei & Goldman
12100 Wilshire Blvd.
Suite 950
Los Angeles, CA 90025
rbwisner@baumhedlundlaw.com

**Jonathan Dimesky, et al. v. Sanofi-Aventis U.S. LLC, et al., No. 3:19-cv-01517 (D. Conn.)**

Plaintiffs
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

**George Cravens, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-1683 (D. Conn.)**

Plaintiffs
Robert C. Hilliard
Hilliard Martinez Conzales, LLP
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
bobh@hmglawfirm.com
kbeck@hmglawfirm.com

<u>Defendants</u>
(Served via Priority Mail Express International):

GlaxoSmithKline, plc
980 Great West Road, Brentford,
Middlesex, England TW8 9GS

## **Phillip McDonald v. Sanofi US Services Inc., et al., No. 19-cv-04429 (N.D. Fla.)**

<u>Plaintiff</u>
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502 dnigh@levinlaw.com

<u>Defendants</u>
(Served via Priority Mail Express International):
 Sanofi S.A.
54, Rue La Boétie
75008 Paris France

## **Edward Lee Brown v. Sanofi US Services Inc., et al., No. 19-cv-24645 (S.D. Fla.)**

<u>Plaintiff</u>
James L. Ferraro, Jr.
The FERRARO LAW FIRM, P.A.
600 Brickell Avenue, Suite 600
Miami, Florida 33131 jjr@ferrarolaw.com

## **James Fritz et al. v. Sanofi US Services Inc., et al., No. 19-cv-24662 (S.D. Fla.)**

<u>Plaintiff</u>
James L. Ferraro, Jr.
The FERRARO LAW FIRM, P.A.
600 Brickell Avenue, Suite 600
Miami, Florida 33131
jjr@ferrarolaw.com

## **MSP Recovery Claims, Series LLC v. Sanofi U.S. Services Inc., et al., No. 19-cv-24657 (S.D. Fla.)**

<u>Plaintiff</u>
Charles E. Whorton Rivero Mestre LLP
2525 Ponce de Leon Boulevard Suite 1000
Coral Gables, FL 33134

cwhorton@riveromestre.com

<u>Defendants</u>
(Served via Priority Mail Express International):
GlaxoSmithKline, plc
980 Great West Road, Brentford, Middlesex,
England TW8 9GS

Sanofi S.A.
54, Rue La Boétie
75008 Paris France

## **Sendin et al. v. Sanofi U.S. Services Inc., et al., No. 19-cv-62815 (S.D. Fla.)**

<u>Plaintiff</u>
James L. Ferraro, Jr.
The FERRARO LAW FIRM, P.A.
600 Brickell Avenue, Suite 600
Miami, Florida 33131
jjr@ferrarolaw.com

## **Nancy E. Lopez Flores v. Sanofi US Services Inc., et al., No. 0:19-cv-62313 (S.D. Fla.)**

<u>Plaintiff</u>
Yechezkel Rodal Rodal Law, P.A.
5300 N.W. 33rd Ave Suite 219
Ft. Lauderdale, FL 33309
chezky@rodallaw.com

<u>Defendants</u>
(Served via Priority Mail Express International):
Sanofi S.A.
54, Rue La Boétie
75008 Paris France

## **Steven Kerzer v. Sanofi-Aventis U.S. LLC, et al., No. 1:19-cv-24092-RNS (S.D. Fla.)**

<u>Plaintiff</u>
Francisco Raul Maderal, Jr.
255 Alhambra Circle
Coral Gables, FL 33134
frank@colson.com

Defendants
(Served via Priority Mail Express International):
Sanofi S.A.
54, Rue La Boétie
75008 Paris France

**Keith Sobieszczyk v. Boehringer Ingelheim Pharmaceuticals Inc., et al., No. 3:19-cv-1200 (S.D. Ill.)**

Plaintiff
Robert Brent Wisner
Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd.
17th Floor
Los Angeles, CA 90024
rbwisner@baumhedlundlaw.com

**Michelle Coggins, et al. v. Sanofi-Aventis U.S. LLC, et al., No. 19-cv-20060 (D.N.J.)**

Plaintiff
Tina Wolfson
Ahdoot & Wolfson, PC
10728 Lindbrook Drive
Los Angeles, CA 90024
twolfson@ahdootwolfson.com

**Carmen Colon v. Sanofi-Aventis U.S. LLC, et al., No. 19-cv-20023 (D.N.J.)**

Plaintiff
Shanon J. Carson Berger Montague PC
1818 Market Street, Suite 3600,
Philadelphia, PA 19103
scarson@bm.net

**Francis Neary v. Sanofi-Aventis U.S. LLC, et al., No. 19-cv-20484 (D.N.J.)**

Plaintiff
Lee Albert
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
lalbert@glancylaw.com

**Michael Combs, et al. v. Sanofi-Aventis U.S. LLC, et al., No. 19-cv-20289-FLW-LHG (D.N.J.)**

Plaintiff
Christopher A. Seeger
SEEGER WEISS
55 Challenger Road, Suite 600
Ridgefield Park, NJ 07660
cseegar@seegarweiss.com

**Mary Santorella, et al. v. Sanofi-Aventis U.S. LLC, et al., No. 3:19-cv-18146 (D.N.J.)**

Plaintiffs
Jason A. Zweig
Hagens Berman
Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

**George Cravens v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-19368-FLW-LHG (D.N.J.)**

Plaintiffs
Robert C. Hilliard
Hilliard Martinez Conzales, LLP
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
bobh@hmglawfirm.com
kbeck@hmglawfirm.com

Defendants
(Served via Priority Mail Express International):
GlaxoSmithKline, plc
980 Great West Road,
Brentford, Middlesex, England TW8 9GS

**Mary Anthony v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., No. 3:19-cv-628 (W.D.N.C.)**

Plaintiff
T. Roe Frazer II Frazer PLC
30 Burton Hills Blvd. Ste 450
Nashville, TN 37215
roe@frazer.law

**Shawn Lorenzo Francis v. Sanofi U.S. Services Inc., et al., No. 19-cv-04824 (E.D. Pa.)**

Plaintiff
Robert Brent Wisner
Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd. 17th Floor
Los Angeles, CA 90024
rbwisner@baumhedlundlaw.com

**Herbert Souza v. Sanofi-Aventis U.S. LLC, et al., No. 5:19-cv-02161 (C.D. Cal.)**

Plaintiff
Ruben Honik
Ruben Honik, Golomb & Honik, P.C.
1835 Market St., Suite 2900
Philadelphia, PA 19103

**Howell Franklin v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 2:19-cv-09666 (C.D. Cal.)**

Plaintiff
Jennifer A. Moore
Moore Law Group, PLLC
1473 South 4th Street
Louisville, KY 40208
jennifer@moorelawgroup.com

**Gary Campu v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 2:19-cv-02380 (E.D. Cal.)**

Plaintiff
Jennifer A. Moore
Moore Law Group, PLLC
1473 South 4th Street
Louisville, KY 40208
jennifer@moorelawgroup.com

**Shriece Franks v. Sanofi-Aventis U.S. LLC, et al., No. 19-cv-81600-DMM (S.D. Fla.)**

Plaintiff
Marcus J. Susen
Justin R. Parafinczuk
Parafinczuk Wolf Susen
110 East Broward Boulevard
Suite 1630

Fort Lauderdale, Florida 33301
msusen@pwslawfirm.com
jparafinczuk@pwslawfirm.com

<u>Defendants</u>
(Served via Priority Mail Express International):
GlaxoSmithKline, plc
980 Great West Road, Brentford,
Middlesex England TW8 9GS

Sanofi S.A.
54, Rue La Boétie
75008 Paris France

### <u>Gloria Wilson v. Sanofi -Aventis U.S. LLC, et al., No. 19-cv-24887-XXXX (S.D. Fla.)</u>

<u>Plaintiff</u>
Marcus J. Susen
Justin R. Parafinczuk
Parafinczuk Wolf Susen
110 East Broward Boulevard, Suite 1630
Fort Lauderdale, Florida 33301
msusen@pwslawfirm.com
jparafinczuk@pwslawfirm.com

<u>Defendants</u>
(Served via Priority Mail Express International):
GlaxoSmithKline, plc
980 Great West Road, Brentford,
Middlesex England TW8 9GS

Sanofi S.A.
54, Rue La Boétie
75008 Paris France

### <u>Lynn White et al. v. GlaxoSmithKline PLC, et al., No. 19-cv-07773 (N.D. Ill.)</u>

<u>Plaintiff</u>
Elizabeth A. Fegan
Fegan Scott, LLC
150 S. Wacker Drive 24th Floor
Chicago, IL 60606
beth@feganscott.com

<u>Defendants</u>

(Served via Certified Mail):
Glenmark Generics Inc., USA
750 Corporate Drive
Mahaw, New Jersey 07430

Dr. Reddy's Laboratories, Inc.
107 College Rd. E,
Princeton, New Jersey 08540

(Served via Priority Mail Express International):

GlaxoSmithKline PLC
980 Great West Road Brentford,
Middlesex, England

Sanofi S.A.
54, Rue La Boétie
75008 Paris
France

Glenmark Pharmaceuticals Ltd.
HDO-Corporate building, Wing -A, B D
Sawant Marg, Chakala, Off Western Express
Highway, Mumbai 400099, Maharashtra, India

Glenmark Generics Ltd.
HDO-Corporate building, Wing -A, B D
Sawant Marg, Chakala, Off Western Express
Highway, Mumbai 400099, Maharashtra, India

Dr. Reddy's Laboratories, SA, SA 7-1, 27,
Ameerpet Rd. Leelangar, Ameerpet,
Hyderabad, Telangana 500016, India

**<u>Yesenia Melillo v. Sanofi-Aventis U.S. LLC, et al., No. 19-cv-06376 (E.D.N.Y.)</u>**

<u>Plaintiff</u>
William E. Hoese
KOHN SWIFT & GRAF PC
1600 Market Street
Suite 2500
Philadelphia, PA 19103
whoese@kohnswift.com

Zahra Dean
Kohn, Swift & Graf, P.C. 1600 Market Street, Suite 2500
Philadelphia, PA 19103
zdean@kohnswift.com

Zahra R. Dsouza
Kohn, Swift & Graf, P.C. 1600 Market Street
Suite 2500
Philadelphia, PA 19103
zdsouza@kohnswift.com

Craig William Hillwig KOHN SWIFT & GRAF PC
1600 Market Street
Suite 2500
Philadelphia, PA 19103
chillwig@kohnswift.com

**Stacey Koppell et al. v. Perrigo Company PLC, et al., No. 19-cv-10253-VM (S.D.N.Y.)**

Plaintiff
Andrew Joseph Obergfell
Joseph I. Marchese
Bursor & Fisher PA
888 Seventh Avenue
New York, NY 10106
jmarchese@bursor.com
aobergfell@bursor.com

Bursor & Fisher, P.A.
Neal J. Deckant
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
ndeckant@bursor.com

Defendants
(Served via Certified Mail):

Perrigo Company PLC
515 Eastern Avenue
Allegan, Michigan 49010

Perrigo Research & Development Company
601 Abbot Road
East Lansing, Michigan 48823

CVS Health Co.
One CVS Drive
Woonsocket, Rhode Island 02895

Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, Arkansas 72716

**Gary C. Will v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., No. 19-cv-10935 (S.D.N.Y.)**

Plaintiff
James L. Ferraro
John Martin Murphy
Brian R. Herberth
Joyce C. Reichard
Kelley & Ferraro, LLP
Ernst & Young Tower
950 Main Avenue
Suite 1300 Cleveland, OH 44113
brherberth@kelley-ferraro.com
jmurphy@kelley-ferraro.com
jreichard@kelley-ferraro.com

**Sandra Payne v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., No. 1:19-cv-02731 (N.D. Ohio)**

Plaintiff
James L. Ferraro
John Martin Murphy
Brian R. Herberth
Joyce C. Reichard
Kelley & Ferraro, LLP
Ernst & Young Tower
950 Main Avenue
Suite 1300 Cleveland, OH 44113
brherberth@kelley-ferraro.com
jmurphy@kelley-ferraro.com
jreichard@kelley-ferraro.com

**Gregory Vavra v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., No. 1:19-cv-02729 (N.D. Ohio)**

Plaintiff
James L. Ferraro
John Martin Murphy
Brian R. Herberth
Joyce C. Reichard
Kelley & Ferraro, LLP
Ernst & Young Tower
 950 Main Avenue
Suite 1300
Cleveland, OH 44113
brherberth@kelley-ferraro.com
jmurphy@kelley-ferraro.com
jreichard@kelley-ferraro.com

**Moises Egozi, et al., v. Sanofi US Services, Inc., et al., No. 0:19-cv-62948 (S.D. Florida)**

Plaintiff
Yechezkel Rodal Rodal Law, P.A.
5300 N.W. 33rd Ave., Suite 219
Ft. Lauderdale, FL 33309
chezky@rodallaw.com

Michael Abraham Citron
MAC Legal, PA
3100 N. 29th Court
Hollywood, FL 33020
michael@MACLegalPA.com

Yitzhak Shmuel Levin
Citron Levin, PLLC
3100 N. 29th Court
Hollywood, FL 33020
ylevin@citronlevin.com

**Goldstein v. Sanofi US Services, Inc., et al., No. 9:19-cv-81607 (S.D. Florida)**

Plaintiff
Yechezkel Rodal Rodal Law, P.A.
5300 N.W. 33rd Ave., Suite 219
Ft. Lauderdale, FL 33309
chezky@rodallaw.com

Michael Abraham Citron MAC Legal, PA
3100 N. 29th Court
Hollywood, FL 33020
michael@MACLegalPA.com

Yitzhak Shmuel Levin Citron Levin, PLLC
3100 N. 29th Court
Hollywood, FL 33020
ylevin@citronlevin.com

## **Dennis Diamante v. Sanofi-Aventis U.S. LLC, et al., No. 19-cv-20645 (D.N.J.)**

Plaintiffs
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Kimberly Beck
Hilliard Martinez Conzales, LLP
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
bobh@hmglawfirm.com
kbeck@hmglawfirm.com

## **Carol Perone et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 19-cv-20621 (D.N.J.)**

Plaintiffs
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Kimberly Beck
Hilliard Martinez Conzales, LLP
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
bobh@hmglawfirm.com
kbeck@hmglawfirm.com

<u>Defendants</u>
(Served via Priority Mail Express International):
GlaxoSmithKline, plc
980 Great West Road, Brentford,
Middlesex, England TW8 9GS


**<u>Rutherford v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-20911 (D. New Jersey)</u>**

<u>Plaintiff</u>
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Kimberly Beck
Hilliard Martinez Conzales, LLP
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
bobh@hmglawfirm.com
kbeck@hmglawfirm.com

**<u>Joan Chase v. Sanofi S.A., et al., No. 1:19-cv-00329-MW-GRJ (N.D. Fla.)</u>**

<u>Plaintiff</u>
Daniel A. Nigh
Levin, Papantonio, Thomas,
Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
dnigh@levinlaw.com

**<u>Jill Erica Goldstein v. Sanofi U.S. Services, Inc., et al., No. 9:19-cv-81607 (S.D. Fla.)</u>**

<u>Plaintiff</u>
Yechezkel Rodal
Levin Citron Rodal, PLLC
5300 N.W. 33rd Ave., Ste. 219
Ft. Lauderdale, Florida 33309
yrodal@levincitronrodal.com

**Rafael Gomez v. Sanofi-Aventis U.S. LLC, et al., No. 1:19-cv-25222 (S.D. Fla.)**

Plaintiff
Ricardo M. Martinez-Cid
PODHURST ORSECK, P.A.
SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
RMCTeam@podhurst.com

**Thomas John Harris v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., No. 8:19-cv-03085 (M.D. Fla)**

Plaintiff
Joseph H. Saunders
Saunders & Walker, P.A
3491 Gandy Boulevard North Suite 200
Pinellas Park, Florida 33781
joe@saunderslawyers.com

**Gary Hart v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., No. 3:19-cv-02296-W-MDD (S.D. Cal.)**

Plaintiff
Jennifer A. Moore
Moore Law Group, PLLC
1473 South 4th Street
Louisville, KY 40208
jennifer@moorelawgroup.com

**Phillip McDonald v. Sanofi S.A., et al., No 3:19-cv-04429-MCR-EMT (N.D. Fla.)**

Plaintiff
Daniel A. Nigh
Levin, Papantonio, Thomas,
Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
dnigh@levinlaw.com

**Jack Rhoda v. Sanofi S.A., et al., No. 1:19-cv-25188 (S.D. Fla.)**

Plaintiff
George T. Williamson
Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A.
99 Nesbit Street

Punta Gorda, FL 33950
gwilliamson@farr.com

**Ivan Safra v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 0:20-cv-60019 (S.D. Fla.)**

Plaintiff
Jennifer Moore
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
jennifer@moorelawgroup.com

**Richard Froehlich, et al., v. Sanofi-Aventis U.S., LLC, et al., No. 7:19-cv-11632 (S.D. N.Y.)**

Plaintiffs
Antonio Vozzolo
Vozzolo LLC
345 Route 17 South
Upper Saddle River, New Jersey 07458
avozzolo@vozzolo.com

**Carlos Romero, et al., v. Sanofi-Aventis U.S., LLC, et al., No. 1:19-cv-25220 (S.D. Fla.)**

Plaintiffs
Ricardo M. Martinez-Cid
PODHURST ORSECK, P.A.
SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
RMCTeam@podhurst.com

**Dawn M. Alviar v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:20-cv-00029-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401

bobh@hbsslaw.com

**George Baker v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-21512-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Dorris Bean v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 3:19-cv-21514-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Lena Marie Bell v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:20-cv-00039-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP

719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**April Michelle Bryant v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:20-cv-00057-FLW-LHG (D. N.J.)**

<u>Plaintiff</u>
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Susan Carbagal v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:20-cv-00067-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Larry Conquest v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-21326-FLW-LHG (D. N.J.)**

<u>Plaintiff</u>
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Trula B. Davis v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:20-cv-00068-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Sharon Dawson v. Boehringer Ingelheim Pharmaceuticals Inc., et al., No. 3:20-cv-00079-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**David W. Everett v. Boehringer Ingelheim Pharmaceuticals Inc., et al., No. 3:19-cv-21517-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611

jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**David Gawlick v. Boehringer Ingelheim Pharmaceuticals Inc., et al., No. 3:19-cv-21332-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Angela Michelle Green v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-21518-FLW-LHG (D.N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Lawrence W. Jacquet v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-21334-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP

455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Brenda Johnson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:20-cv-00117-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP 7
19 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Bobby Jordan v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-21206 (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Lynda Liem v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., No. 3:20-cv-00125-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Monica Linson v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., No. 3:19-cv-21525-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Cristina Loubriel v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:20-cv-00131-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401

bobh@hbsslaw.com

**Betty Lutz v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:20-cv-00134-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Linda MacEachern v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-21519-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Tammie Mae Macklet v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:20-cv-00136-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP

719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Robin Marable v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:20-cv-00140-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Timothy McCann v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-20651 (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP 7
19 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Anthony K. Micle, Sr. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-21210-FLW-LHG (D. N.J.)**

Plaintiff
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**William Molina v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-20910-FLW-LHG (D. N.J.)**

<u>Plaintiff</u>
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**James Lee Moors v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-21207-FLW-LHG (D. N.J.)**

<u>Plaintiff</u>
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Olga Rutherford v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-20911-FLW-LHG (D. N.J.)**

<u>Plaintiff</u>
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611

jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Edward Joseph Simon v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-21323 (D. N.J.)**

<u>Plaintiff</u>
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

**Loretta Wynn v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 3:19-cv-21521-FLW-LHG (D. N.J.)**

<u>Plaintiff</u>
Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com

Robert C. Hilliard
Hilliard Martinez Gonzales LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
bobh@hbsslaw.com

600 Brickell Avenue, Suite 600
Miami, Florida 33131
jlf@ferrarolaw.com

**Massiah v. Sanofi-Aventis U.S. LLC et al., No. 19-cv-11944-AT (S.D.N.Y.)**

Plaintiff
Christopher Malborough
445 Broad Hollow Road, Suite 400
Melville, New York 11747
chris@malboroughlawfirm.com

**Tim Rosenaeur v. Sanofi-Aventis U.S. LLC, et al., No. 19-cv-03406-MDH (W.D. Mo.)**

Plaintiff
Todd C. Werts
Bradford B. Lear
2003 West Broadway, Suite 107
Columbia, Missouri 65203
lear@learwerts.com
werts@learwerts.com

**Suzanne Finer v. Boehringer Ingelheim Pharmaceuticals Inc., et al., No. 1:19-cv-11391 (S.D. N.Y.)**

Plaintiff
Roopal P. Luhana
Chaffin Luhana LLP
600 Third Ave., 12th Fl.
New York, NY 10016
luhana@chaffinluhana.com

**Cynthia Minkley v. Boehringer Ingelheim Pharmaceuticals Inc., et al., No. 9:20-cv-80013-JIC (S.D. Fla.)**

Plaintiff
Douglas A. Dellaccio
Lauren S. Miller
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
ddellaccio@corywatson.com
lmiller@corywatson.com

**Yesenia Melillo v. Sanofi-Aventis U.S. LLC, et al., No. 1:19-cv-06376-ENV-SJB (E.D. N.Y.)**

Plaintiff
William E. Hoese
KOHN, SWIFT, & GRAF, P.C.
1600 Market Street

Suite 2500
Philadelphia, PA 19103
whoese@kohnswift.com

**McAnally v. Sanofi-Aventis U.S. LLC, et al., No. 1:20-cv-00009 (N.D. Miss.)**

<u>Plaintiff</u>
Trevor B. Rockstad
2601 14th Street
Gulfport, MS 39501
trevor.rockstad@daviscrump.com

**SERVED VIA EMAIL**
**Kerry L. Brest-Landry v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 2:19-cv-02275 (E.D. Cal.)**

<u>Plaintiff</u>
Aimee Wagstaff
Kathryn M. Forgie
David J. Wood
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, Colorado 80226
aimee.wagstaff@andruswagstaff.com
kathryn.forgie@andruswagstaff.com
david.wool@andruswagstaff.com

**Patrick A. De Luca v. Sanofi-Aventis U.S. LLC, et al., No. 1:19-cv-6160 (E.D.N.Y.)**

<u>Plaintiff</u>
Kevin P. Fitzpatrick
Marschhausen & Fitzpatrick, P.C.
835 Old Country Road
Westbury, NY 11590
kfitzpatrick@marschfitz.com

**Thomas A. Wells v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 1:20-cv-00017-JG (N.D. Ohio)**

<u>Plaintiff</u>
Brian R. Herberth
Kelley & Ferraro, LLP
Ernst and Young Tower
950 Main Avenue, Suite 1300
Cleveland, OH 44113
brherberth@kelley-ferraro.com

**Michael A. Carroll v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 1:20-cv-00040-SO (D. N.J.)**

<u>Plaintiff</u>
Brian R. Herberth
Kelley & Ferraro, LLP
Ernst and Young Tower
950 Main Avenue, Suite 1300
Cleveland, OH 44113
bherberth@kelley-ferraro.com

**Joseph E. Chase v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 1:19-cv-11515 (S.D. N.Y.)**

<u>Plaintiff</u>
Daniel C. Burke
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, NY 10016
dburke@bernlieb.com

**Michael C. Konn v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., No. 1:19-cv-02852-DAP (N.D. Ohio)**

<u>Plaintiff</u>
Brian R. Herberth
Kelley & Ferraro, LLP
Ernst & Young Tower
950 Main Avenue, Suite 1300
Cleveland, OH 44113
brherberth@kelley-ferraro.com

**Cynthia Minkley v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., No. 9:20-cv-80013-JIC (S.D. Fla.)**

<u>Plaintiff</u>
Mitchell T. Theodore
CORY WATSON, P.C.
2131 Magnolia Avenue S.
Birmingham, AL 35205
mtheodore@corywatson.com

**Jennifer Bond, et al., v. Sanofi-Aventis U.S., LLC, et al., No. 1:19-cv-12471-LTS (D. Mass.)**

Plaintiffs
Stephen H. Galebach
GALEBACH LAW OFFICE
9-11 Touro Avenue
Medford, MA 02155
Steve@galebachlaw.com

**Renee Chatman, et al., v. Sanofi-Aventis U.S., LLC, et al., No. 3:19-cv-01363 (S.D. Ill.)**

Plaintiffs
Noah C. Lauricella
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
mjgoldenberg@goldenberglaw.com

**Patrick A. DeLuca, et al., v. Sanofi-Aventis U.S., LLC, et al., No. 1:19-cv-06160 (E.D. N.Y.)**

Plaintiffs
Kevin P. Fitzpatrick
Dirk Marschhausen
Marschhausen and Fitzpatrick, P.C.
73 Heitz Place
Hicksville, NY 11801

**Eric Ragis, et al., v. Sanofi-Aventis U.S., LLC, et al., No. 2:19-cv-00231-wks (D. Vt.)**

Plaintiffs
Steven A. Bredice
The Law Offices of Steven A. Bredice PLC
17 G.W. Tatro Drive
Jeffersonville, VT 05464
sbredice@poblaw.net

**John Scholl, et al., v. Sanofi-Aventis U.S., LLC, et al., No. 0:19-cv-03044 (D. Minn.)**

Plaintiffs
Daniel E. Gustafson
Amanda M. Williams
Eric S. Taubel
Mary M. Nikolai
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com

awilliams@gustafsongluek.com
etaubel@gustafsongluek.com
mnikolai@gustafsongluek.com

This 22nd day of January, 2020.

By: /s/ Andrew T. Bayman

Andrew T. Bayman
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-3583
Facsimile: (404) 572-5100
abayman@kslaw.com

*Attorney for Boehringer Ingelheim
Pharmaceuticals*