UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION                                                    MDL No. 2924

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On February 6, 2020, the Panel transferred 12 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, no additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Robin L. Rosenberg.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Rosenberg.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of February 6, 2020, and, with the consent of that court, assigned to the Honorable Robin L. Rosenberg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 18, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION                                                                MDL No. 2924

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 19−09666 | Howell Franklin v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| CAC | 5 | 19−02161 | Herbert Souza et al v. Sanofi−Aventis, U.S. LLC et al |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 19−02275 | Brest−Landry v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| CAE | 2 | 19−02380 | Campu v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| CAE | 2 | 20−00128 | Johnson v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 19−02296 | Hart v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 19−03085 | Harris et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 1 | 19−00329 | CHASE v. SANOFI SA et al |
| FLN | 3 | 19−04429 | MCDONALD v. SANOFI S.A. et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 19−07773 | White et al v. Glaxosmithkline plc et al |
| ILN | 1 | 20−00454 | Guy v. Sanofi−Aventis U.S. LLC et al |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 19−01363 | Chatman v. Sanofi−Aventis U.S., LLC, et al. |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 5 | 20−00011 | Wamble v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 19−12471 | Bond v. Sanofi−Aventis U.S., LLC et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 19−03044 | Scholl et al v. Sanofi−Aventis U.S. LLC et al |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 1 | 20−00009 | McAnally v. Sanofi−Aventis U.S. LLC et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 6 | 19−03406 | Rosenauer v. Sanofi−Aventis U.S. LLC et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 19−20023 | COLON v. SANOFI−AVENTIS U.S. LLC et al |
| NJ | 3 | 19−20060 | COGGINS et al v. SANOFI−AVENTIS U.S. LLC et al |
| NJ | 3 | 19−20289 | COMBS et al v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−20484 | NEARY v. SANOFI−AVENTIS U.S. LLC et al |
| NJ | 3 | 19−20621 | PERONE v. BOEHRINGER INGELHEIM PHARMACEUTICALS INC. et al |
| NJ | 3 | 19−20645 | DIAMANTE v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−20649 | BOEKHOLT v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−20650 | PINKNEY v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−20651 | MCCANN v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−20908 | KIGER v. CHATTEM, INC et al |
| NJ | 3 | 19−20910 | MOLINA v. BOEHRINGER INGELHEIM PHARMACEUTICALS INC. et al |
| NJ | 3 | 19−20911 | RUTHERFORD v. BOEHRINGER INGELHEIM PHARMACEUTICALS INC. et al |
| NJ | 3 | 19−21142 | BICE, JR. v. SANOFI−AVENTIS U.S. LLC et al |
| NJ | 3 | 19−21199 | BAZAN v. SANOFI−AVENTIS U.S. LLC et al |
| NJ | 3 | 19−21206 | JORDAN v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21207 | MOORS v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21210 | MICLE, SR. v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21323 | SIMON v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |

| NJ | 3 | 19−21324 | ARIAS v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| --- | --- | --- | --- |
| NJ | 3 | 19−21326 | CONQUEST v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21332 | GAWLICK v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21334 | JACQUET v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21512 | BAKER v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21514 | BEAN v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21517 | EVERETT v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21518 | GREEN v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21519 | MACEACHERN v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21521 | WYNN v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 19−21525 | LINSON v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00029 | ALVIAR v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00039 | BELL v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00057 | BRYANT v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00067 | CARBAGAL v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00068 | DAVIS v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00079 | DAWSON v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00105 | HASKINS v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00117 | JOHNSON v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00125 | LIEM v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00131 | LOUBRIEL v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00134 | LUTZ v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00136 | MACKLEY v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00140 | MARABLE v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00167 | ROESSLER v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00171 | ROSE v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00176 | |

| | | | |
|---|---|---|---|
| NJ | 3 | 20−00178 | WILKERSON v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00385 | ZACEK v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| NJ | 3 | 20−00941 | O'NEAL v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |
| | | | PELLEGRENE et al v. SANOFI US SERVICES INC. et al |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 19−06376 | Melillo v. Sanofi−Aventis U.S. LLC |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| ~~NYS~~ | ~~1~~ | ~~19−10253~~ | ~~Koppell et al v. Perrigo Company PLC et al~~ Opposed 2/14/2020 |
| NYS | 1 | 19−10935 | Will v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| NYS | 1 | 19−11391 | Finer v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| NYS | 1 | 19−11515 | Chille v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| NYS | 1 | 19−11632 | Froehlich v. Sanofi−Aventis U.S. LLC et al |
| NYS | 1 | 19−11944 | Massiah v. Sanofi−Aventis U.S. LLC et al |
| NYS | 1 | 20−00004 | Viola v. Pfizer Inc. |
| NYS | 1 | 20−00527 | Swearingen v. Sanofi−Aventis U.S. LLC et al |
| NYS | 1 | 20−00723 | Epting v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 3 | 19−00628 | Anthony v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 19−02729 | Vavra v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. |
| OHN | 1 | 19−02731 | Payne v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. |
| OHN | 1 | 19−02852 | Konn v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| OHN | 1 | 20−00017 | Wells v. Boehringer Ingelheim Pharmaceuticals, Inc., etal |
| OHN | 1 | 20−00040 | Carroll v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| OHN | 1 | 20−00175 | Baker v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 20−00356 | Dodson et al v. Sanofi S.A et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 5 | 19−04824 | FRANCIS v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. et al |

VERMONT

| | | | |
|---|---|---|---|
| VT | 2 | 19−00231 | Ragis et al v. Sanofi−Aventis U.S., LLC et al |