**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924

**This Document Relates to:**

*Frank Sardina v. GlaxoSmithKline, LLC, et al.,*
No. 3:24-cv-02984 TLT (N.D. Cal.)

**NOTICE OF ACTION BY UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff, by counsel, hereby notifies the Panel that a hearing was held by the Honorable Trina L. Thompson of the Northern District of California on July 16, 2024, on the motion filed by Plaintiff to remand this matter to the Superior Court of the State of California for the County of Alameda. Judge Thompson took the motion under submission and indicated to counsel for the parties to expect a ruling from the Court no later than August 1, 2024.

Dated: July 17, 2024

Respectfully submitted,

/s/ Jennifer A. Moore
Jennifer A. Moore, Esq. (SBN 206779)
jennifer@moorelawgroup.com
**MOORE LAW GROUP, PLLC**
1473 South 4th Street
Louisville, KY 40208
Telephone: (502) 717-4080
Facsimile: (502) 717-4086

1

2

R. Brent Wisner (SBN 276023)
[rbwisner@wisnerbaum.com](mailto:rbwisner@wisnerbaum.com)
**WISNER BAUM, LLP**
100 Drakes Landing Road, Suite 160
Greenbrae, CA  94904
Telephone: (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiff*

2