**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>Frank Sardina v.<br>GlaxoSmithKline, LLC, et al.,<br>No. 3:24-cv-02984 TLT (N.D. Cal.) | MDL No. 2924 |

**NOTICE OF ACTION BY UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

Defendant GlaxoSmithKline, LLC, hereby notifies the Panel that on July 17, 2024, the Honorable Trina L. Thompson of the Northern District of California issued an order: (1) Granting Defendant's Motion to Stay All Proceedings Pending Transfer to Multidistrict Litigation and vacating further deadlines; (2) Denying Plaintiff's Motion to Remand; and (3) Denying joinder of Patheon.

Dated: July 18, 2024

Respectfully submitted,

/s/ Mark Cheffo
Mark Cheffo
Judy Leone
Will Sachse
Lindsey Cohan
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10019
Telephone: (212) 689-3500
Facsimile: (212) 689-3590
mark.cheffo@dechert.com
judy.leone@dechert.com
will.sachse@dechert.com
lindsey.cohan@dechert.com

*Attorneys for GlaxoSmithKline, LLC*